UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES J. HAMILTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16CV687 HEA |
| TROY STEELE, | ) |
| Defendant. | ) |

### ORDER

Plaintiff has failed to comply with the Court's Order dated May 20, 2016, in which the Court directed him to submit an amended complaint and motion for leave to proceed in forma pauperis. As a result, this action is dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 15th day of July, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE